# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | Case No. 2:21-mj-0008-NJK |
| THE RESIDENCE LOCATED AT 8061 JOAQUIN GULLY COURT, LAS VEGAS, NEVADA 89139. | ORDER TO UNSEAL |

For good cause shown, the United States' motion to unseal this case, Docket No. 1, is hereby GRANTED.

IT IS SO ORDERED.

DATED: July 27, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE